

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Ernest Coker
County Attorney
Polk County
Livingston, Texas

Dear Sir:

Opinion No. O-2585
Re: May persons who became 21 years
of age after the July and August
primaries and before the general
election in November be allowed
to vote in either the July or
August primary?

Your letter of July 31, 1940, requests the opinion of this department in answer to the above stated question.

Article 6, Section 1 of the Constitution of Texas provides in part as follows:

"The following classes of persons shall not be allowed to vote in this State, to-wit: first, persons under twenty-one (21) years of age * * * ."

Article 2954, Revised Civil Statutes of Texas, contains this same prohibition in identical language, and Article 2955 provides:

"Every person subject to none of the foregoing disqualifications, who shall have attained the age of twenty-one years and who shall be a citizen of the United States, and who shall have resided in this State one year next preceding an election, and the last six months within the district or county in which he or she offers to vote, shall be deemed a qualified elector * * * . The provisions of this article as to casting ballots shall apply to all elections including general, special and primary elections."

Hon. Ernest Coker, page 2

Article 3101, Revised Civil Statutes, providing for nominations by political parties, reads in part as follows:

"On primary election day in 1926, and every two years thereafter, candidates for governor and for all other State offices to be chosen by vote of the entire State, and candidates for congress and all district offices to be chosen by the vote of any district * * * to be nominated by each organized political party * * * shall, together with those candidates for offices to be filled by the voters of a county, or of a portion of a county, be nominated in primary elections by the qualified voters of such party."

Article 3102, Revised Civil Statutes, reads in part:

"The fourth Saturday in July, 1926, and every two years thereafter shall be general primary election day, and primary elections to nominate candidates for a general election shall be held on no other day, except when specially authorized. * * * . If at the general primary election for any political party, no candidate becomes the nominee for any State or district office * * * a second primary election shall be held by such political party * * * on the fourth Saturday in August succeeding such general primary election * * * any political party may hold a second primary election on the fourth Saturday in August to nominate candidates for any county or precinct office, where a majority vote is required to make nominations. * * * ."

A person must, therefore, be a qualified elector before he may vote in the party primaries. If he is not twenty-one years of age, he is disqualified under the Constitution and the statutes of Texas and may not vote therein. Your question is accordingly answered in the negative.

APPROVED AUG 9, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

ZCS:ob

Yours very truly

ATTORNEY GENERAL OF TEXAS

By
Zollie C. Steakley
Assistant

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN